UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

INTERNATIONAL OUTDOOR, INC.,

    Plaintiff,

Case No. 21-11433
Hon. Mark A. Goldsmith

-vs-

CHARTER TOWNSHIP OF ROYAL OAK,

    Defendant.

---

### STIPULATED ORDER EXTENDING DEFENDANT'S TIME TO RESPOND TO PLAINTIFF'S FIRST SET OF INTERROGATORIES, REQUESTS FOR PRODUCTION, AND REQUESTS FOR ADMISSION.

This matter having come before the Court on the stipulation of the parties to extend Defendant's time to respond to Plaintiff's First Set of Interrogatories, Requests for Production, and Requests for Admission, and the Court otherwise being advised of the premises:

IT IS HEREBY ORDERED that Defendant shall serve responses to Plaintiff's First Set of Interrogatories, Requests for Production, & Requests for Admission, to Plaintiff, on or before December 10, 2021.

This is not a final order and does not close the case.

Dated:  November 24, 2021           s/Mark A. Goldsmith
       Detroit, Michigan               MARK A. GOLDSMITH
                                         United States District Judge

Stipulated as to form and content:

*/s/ J. Adam Behrendt* (w/consent)
J. Adam Behrendt (P58607)
Attorney for Plaintiff

*/s/Melanie M. Hesano*
Melanie M. Hesano (P82519)
Attorney for Defendant